Expo Development Corp., Respondent, v 824 South East Boulevard Realty Corp., Appellant, et al., Defendant. [978 NYS2d 852]—

Defendant failed to set forth a reasonable excuse for its failure to defend against this action to foreclose on a mechanic's lien, since it offered no financial proof of its claim that it was unable to afford counsel (*see Buro Happold Consulting Engrs., PC. v RMJM*, 107 AD3d 602 [1st Dept 2013]). Absent a reasonable excuse for the default, we need not determine whether defendant demonstrated a potentially meritorious defense (*see* CPLR 5015 [a] [1]; *Benson Park Assoc., LLC v Herman*, 73 AD3d 464 [1st Dept 2010]). Concur—Tom, J.P., Sweeny, DeGrasse, Gische and Clark, JJ.

In the Matter of Vincent Warren, Petitioner, v John N. Byrne et al., Respondents. Robert T. Johnson, District Attorney, Bronx County, Nonparty Respondent. [979 NYS2d 550]—

Concur—Tom, J.P., Sweeny, DeGrasse, Gische and Clark, JJ.